UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-8618 MRW | Date | March 18, 2022 |
| Title | Gabriel Dorsey v. Hector Mendoza | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:**   **ORDER DISMISSING CASE**

   Plaintiff filed a notice voluntarily dismissing this case. (Docket 14). This action is dismissed with prejudice.

Initials of Preparer   vp